**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| HEATHER CROUCH, | ) | |
| | ) | CASE NO. 3:10-cv-01010 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | **JUDGMENT ENTRY** |
| | ) | |
| Defendant. | ) | |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the

Commissioner's final decision is VACATED and the case REMANDED for further proceedings

consistent with the Court's opinion.

IT IS SO ORDERED.

s/ Greg White
U.S. Magistrate Judge

Date: May 27, 2011